FILED
NOV 1 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:            No CV-09-80202 MISC VRW

William C. McKinley,                    ORDER

State Bar No 36049

_____/

        On September 1, 2009, the court issued an order to show cause (OSC) why William C. McKinley should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009.

        The OSC was mailed to Mr. McKinley's address of record with the State Bar on September 2, 2009. It was returned by the post office as undeliverable. A written response was due on or before October 1, 2009. No response to the OSC has been filed as of this date.

        The court now orders William C. McKinley removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

William C McKinley,

Case Number: CV-09-80202   VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William C McKinley
McKinley & Smith
3445 American River Drive #A
Sacramento, CA 95864-5743

Dated: November 16, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*